[No. 41454-6-II.    Division Two.    February 28, 2012.]

DODGE CITY SALOON, INC., *Petitioner*, v. THE WASHINGTON STATE LIQUOR CONTROL BOARD, *Respondent*.

The opinion in the above captioned case, which appeared in the advance sheets at 166 Wn. App. 828-43, will not be published in the permanent bound volume pursuant to an order of the Court of Appeals dated May 8, 2012 granting reconsideration and withdrawing the opinion. Substitute opinion filed. See 168 Wn. App. 388.